Margaret Kaput, a/k/a Marge Kaye, Plaintiff-Appellee, v. Walter Kaput, a/k/a Walter Kaye, Defendant-Appellant.

Gen. Nos. 50,250, 50,622.

First District, Second Division.

January 4, 1966.

Karras, Greene, Licastro & Licastro, of Chicago (Frank Licastro, Sr., of counsel), for appellant; Herbert F. Friedman, of Chicago, for appellee. Opinion by JUSTICE LYONS. Not to be published in full.